UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Paul T. & Bridget E. McCarry        : Chapter 13
                                            :
         Debtor                             : Bankruptcy No. 10-15814-MDC

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, David L. Zive, Esquire and Senior Counsel for Movant PNC Bank, National Association hereby certifies that"

1. The Notice of Motion, Response Deadline, and Hearing Date regarding the Motion of PNC Bank, National Association for Order Directing Payment of Funds in Court Registry, was served upon the Office of the U.S. Trustee, Debtor, Counsel for Debtor, U.S. Attorney, and the Chapter 13 Trustee via U.S. Mail or electronic means on or about January 13, 2017; and

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

_1-30-17_
Date

David L. Zive, Esquire.
Senior Counsel
PA ID#56209
1600 Market Street, 28th Floor
Philadelphia, PA 19103
215-585-6351
215-585-5006 (Fax)